IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| MOUZIN BROTHERS FARMS LLC, | * |
| Plaintiff, | * |
| v. | Case No. 7:20-cv-197 (TQL) |
| | * |
| RANDY DOWDY, and: <br> RANDY DOWDY FARMS, LLC, | * |
| Defendants. | |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 14, 2023 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff against Defendant Randy Dowdy in the amount of $ 37,571.25. As to Defendant Randy Dowdy Farms, LLC's Counterclaim, JUDGMENT is hereby entered in favor of Plaintiff. This amount shall accrue interest at the rate of 5.42% per annum until paid in full. Plaintiff shall also recover costs of this action.

This 15th day of September, 2023.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk